**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Boyce COLEMAN, Defendant– Appellant.**

No. 04–6485.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2004.

Decided: Oct. 8, 2004.

Boyce Coleman, Appellant pro se.

Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Boyce Coleman appeals the district court's order denying in part his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Coleman,* No. CR–95–75 (W.D.N.C. Feb. 12, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*